1
2
3                                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANNY LEE F., | Case No.  2:19-cv-09099-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

17

18         IT IS HEREBY ADJUDGED that, for the reasons set forth in the

19  Memorandum Opinion and Order, the decision of the Commissioner of the Social

20  Security Administration is affirmed and this action is dismissed with prejudice.

21

22  DATED:  July 30, 2020

23                                          _____
                                            *Karen E. Scott*
24                                          KAREN E. SCOTT
                                            United States Magistrate Judge
25

26

27

28